

**UNITED STATES
DISTRICT COURT
DISTRICT OF MINNESOTA**

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| Room 100 | Room 202 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | | |

March 1, 2021

Attn: Kellie Van Slyke, Civil Assignment Office
Hennepin County District Court
C3 Government Center
300 South 6th Street
Minneapolis, MN 55487–0233

Case Number: 0:20–cv–01998–NEB–HB
Case Title: Life Time, Inc. et al v. Zurich American Insurance Company
Re: Order of Remand

Dear Case Administrator:

A certified copy of the Order of Remand filed by Judge Nancy E. Brasel dated 2/25/2021 is enclosed. Please acknowledge receipt by returning a date–stamped copy of this notice in the enclosed self–addressed envelope.

Sincerely,

Kate M. Fogarty, Clerk

cc: Hennepin County District Court

Enclosures: Order of Remand